SPERTUS, LANDES & UMHOFER, LLP
James W. Spertus (SBN 159825)
Samuel A. Josephs (SBN 284035)
1990 South Bundy Dr., Suite 705
Los Angeles, California 90025
Telephone: (310) 826-4700
Facsimile:  (310) 826-4711

Attorneys for Defendant Michael S. Flowers

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>      v.<br><br>MICHAEL S. FLOWERS,<br><br>              Defendant. | CASE NO.  CR 17-732-SJO<br><br>**SUPPLEMENT TO MICHAEL FLOWERS' SENTENCING BRIEF**<br><br>DATE:        May 29, 2018<br>TIME:        9:00 a.m. |

Defendant Michael Flowers, by and through his counsel of record, hereby respectfully submits this Supplement to the Sentencing Brief filed on his behalf on May 15, 2018 (Dkt. No. 60).

Dated:  May 17, 2018          Respectfully submitted,

                                 SPERTUS, LANDES & UMHOFER, LLP


                                 By:    /S James W. Spertus_____
                                        James W. Spertus
                                        Samuel A. Josephs
                                        Attorneys for Michael Flowers

Spertus, Landes & Umhofer, LLP
1990 S. Bundy Dr., Suite 705
Los Angeles, CA 90025
Tel: 310-826-4700; Fax: 310-826-4711

SUPPLEMENT TO MICHAEL FLOWERS' SENTENCING BRIEF

Spertus, Landes & Umhofer, LLP
1990 S. Bundy Dr., Suite 705
Los Angeles, CA 90025
Tel: 310-826-4700; Fax: 310-826-4711

1    After filing the Sentencing Brief (Dkt. No. 60), the government contacted

2    defense counsel to raise the concern that the Sentencing Brief "failed to establish

3    the necessary factual basis to support the plea." That certainly was not the goal of

4    defense counsel, and to the extent it is necessary the defense files this Supplement

5    to ensure that the Court understands that Mr. Flowers is accepting responsibility

6    for the crime to which he pled guilty.

7    In the Sentencing Brief, counsel's assertions that Mr. Flowers "wanted to

8    compensate his friend for his time," believed that doing so "was the right thing to

9    do," and "thought it was appropriate to do so," (Dkt. No. 60 at pp. 17, 2, 10), do

10   not undercut any of the facts to which Mr. Flowers admitted in pleading guilty.

11   The crime is supported by the factual basis in the plea agreement, and Mr. Flowers

12   does not challenge any fact set forth in the plea agreement supporting his

13   acceptance of responsibility. Specifically, Mr. Flowers agrees that: (1) "During

14   the course of the conspiracy, FLOWERS and others offered and gave

15   Coconspirator 1 cash in return for Coconspirator 1 disclosing, without

16   authorization, Confidential Information" (Plea Agreement at p. 8, lns. 1-2); (2)

17   "Beginning on or about September 2, 2010, and continuing to at least August 16,

18   2013, defendant FLOWERS and others conspired to pay, and paid, Coconspirator

19   1 money in exchange for Conconspirator 1 providing Confidential Information to

20   FLOWERS" (Plea Agreement at p. 8, lns. 5-7); and (3) "Intending to benefit PCC

21   and others, FLOWERS used a portion of those payments [that he received from

22   PCC] to pay Coconspirator 1 for the Confidential Information" (Plea Agreement

23   at p. 8, lns. 13-14). Mr. Flowers' Sentencing Brief simply made the point that Mr.

24   Flowers does not know the law, does not know the specific federal program

25   bribery statute, and did not know at the time he committed the charged offense

26   that his conduct was illegal.

27

28

1.

SUPPLEMENT TO MICHAEL FLOWERS' SENTENCING BRIEF

Mr. Flowers intended to reward his friend—the Arizona state official—for providing him with information that provided Mr. Flowers a benefit, which is why Mr. Flowers  "corruptly" obtained information.  *See United States v. Massey*, 419 F.3d 1008, 1010 (9th Cir. 2005) ("'corruptly' means performed with the intent to secure an unlawful benefit").  Mr. Flowers accepted full responsibility for those actions.  Nonetheless, for the reasons stated in the Sentencing Brief, counsel for Mr. Flowers respectfully submits that a sentence of probation would accomplish all of the goals of sentencing in this case.

Dated:  May 17, 2018          Respectfully submitted,

                              SPERTUS, LANDES & UMHOFER, LLP


                              By:   /S James W. Spertus_____
                                    James W. Spertus
                                    Samuel A. Josephs
                                    Attorneys for Michael Flowers

SUPPLEMENT TO MICHAEL FLOWERS' SENTENCING BRIEF