# Exhibit 1

NEW RUSH LIST DATED 4/17/13 MFLOWERS ALL STATES PRINT OUT — Page 1 of 1

# NEW RUSH LIST DATED 4/17/13 MFLOWERS ALL STATES PRINT OUT

**From:** Michael Flowers <s.mflowers@yahoo.com>
**To:** "▓▓▓▓@yahoo.com" <▓▓▓▓@yahoo.com>
**Subject:** NEW RUSH LIST DATED 4/17/13 MFLOWERS ALL STATES PRINT OUT
**Sent:** Wed, 17 Apr 2013 16:08:41 -0700 (PDT)



| | | | | |
|---|---|---|---|---|
| ▓▓-8056 | ▓▓-7345 | ▓▓-4931 | ▓▓-6021 | ▓▓-2769 |
| ▓▓-1868 | ▓▓-1287 | ▓▓-6128 | ▓▓-7133 | ▓▓-0057 |
| ▓▓-6010 | ▓▓-8860 | ▓▓-5231 | ▓▓-3431 | ▓▓-0595 |
| ▓▓-3921 | ▓▓-4659 | ▓▓-4971 | ▓▓-7544 | ▓▓-3723 |
| ▓▓-0525 | ▓▓-7748 | ▓▓-6950 | ▓▓-5266 | ▓▓-6962 |
| ▓▓-2930 | ▓▓-1896 | ▓▓-0189 | ▓▓-3984 | ▓▓-1730 |
| ▓▓-4527 | ▓▓-5081 | ▓▓-9838 | ▓▓-2815 | ▓▓-7238 |
| ▓▓-7145 | ▓▓-3837 | ▓▓-4815 | ▓▓-3590 | ▓▓-9434 |
| ▓▓-1784 | ▓▓-5123 | 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 | | |

**X-RocketMail:** 00000002;R---S-----------;4756
**X-YMail-OSG:** Yj2k4PQVM1nt1c7d4RwqWXfPYKwbScI4g7yuBnwWFk4wZTU
ikMxYA0b_1H1pdIcCTsCPm6zLKfUaMcCr.yOTEg23YdBZ_LbNxTBqQBLgkXM
YPLFK89kp1gV6_ZyQFlacQv.7CA6_tPdHiydAQV1Y3aM2rnOVnnE9Gy_6_JJ
kGopu.BnPXBtmaF3Xu0veh.EjZRA8dvxUCrnL9_3fNaWUMfrxXAeWBvAfJK4
Agbul4RnSAEHebe9WPZ_Mo6zd2D_MhItjkSzbJkmzB3nz0ss.HLvo_M5IVSv
QP_K_5XysryesWzo5gYsCdJcfRDFcUDe7mbOqpScpHiuAOscu4Uo6t7aHiWK
V.KzHZKJtXjBUYsUyTaH0MTbyATG3bUo0q8BqgWqtxY5Cf7ffRTqFf309VAk
yAYjjF_n.i2fgfci1xnU4Vh0zOVnP2eCe1cl1XejUaD7JB9tXGQzn.OD4CdJ .ZTg-
**Received:** from [205.201.170.98] by web120905.mail.ne1.yahoo.com via HTTP; Wed, 17 Apr 2013 16:08:41 PDT
**X-Mailer:** YahooMailWebService/0.8.140.532
**Message-ID:** <1366240121.53986.YahooMailNeo@web120905.mail.ne1.yahoo.com>
**Reply-To:** Michael Flowers <s.mflowers@yahoo.com>
**MIME-Version:** 1.0
**Content-Type:** multipart/alternative; boundary="1517483800-300915690-1366240121=:53986"
**Content-Length:** 919