# Exhibit 2

New Fax Message from (602) 771-8000 on 04/18/2013 at 11:08 AM    Page 1 of 2

# New Fax Message from (602) 771-8000 on 04/18/2013 at 11:08 AM

| | |
|---|---|
| From: | "RingCentral" <notify@ringcentral.com> |
| To: | "Michael Flower" <s.mflowers@yahoo.com> |
| Subject: | New Fax Message from (602) 771-8000 on 04/18/2013 at 11:08 AM |
| Sent: | Thu, 18 Apr 2013 18:08:21 -0000 |

**You Have a New Fax Message**

| | |
|---|---|
| From: | ▇▇▇▇-8000 |
| Received: | Thursday, April 18, 2013 at 11:08 AM |
| Pages: | 13 |
| To: | ▇▇▇▇-3969 (Michael Flower) |

To view this message, please open the attachment or login to your RingCentral account by clicking here.

Thank you for using **RingCentral**.

Love RingCentral? Spread the word and get **25% OFF** one month's bill

[-- Mime Part, Type: application/pdf, Disp: attachment; filename="▇▇▇▇218000-0418-110808-077.pdf", Size: 237KB --]

| | |
|---|---|
| X-RocketMail: | 00000001;R---S-----------;1160 |
| X-Apparently-To: | s.mflowers@yahoo.com via 98.138.88.147; Thu, 18 Apr 2013 18:08:2▇ |
| Return-Path: | <notify@ringcentral.com> |
| Received-SPF: | pass (domain of ringcentral.com designates 199.255.122.44 as permitt▇ |
| | NzcxLTgwMDAgUmVjZWl2ZWQ6IFRodXJzZGF5LCBBcHJpbCAxOCwgMjA▇ |
| | dCAxMTowOCBBTSBQYWdlczogMTMgVG86ICg4NzcpIDYzMi0zOTY5IChN▇ |
| | IHRoZSBhdHRhY2htZW50IG9yIGxvZ2luIHRvIHlvdXIgUmluZ0NlbnRyYW▇ |
| | ZXh0L2h0bWwDAzQCMTYwMjc3MTgwMDAtMDQxOC0xMTA4MDgtMDc3l▇ |
| X-YMailISG: | GaBw8XgWLDuwG5S8diX5tM8jorywdJTWMfzhWi30xIddMdsa ec54c.ckJ▇ |
| | DyRw6zDgJhS3bcOxX.GfKv9tedNWtw6vFKJnXU0tyA3qcv1vXAMZqW4F]▇ |
| | zxgXjawfBi4Zxhl8quE2ToA0vBF_Zir83mTn823Zj19V4aQn8TMFFKYeLgw▇ |
| | cNJDdJZN4.LpqHQDJqcCdZ3mqVBij70xV.lut3.qqdmipGu_Km.LTV8rDhN▇ |
| | s3ucRRNppmfNohm1yXuPGcqnKYLvomJPxUPeCBKOyzZU1IbFaLyi1tNE_▇ |
| | GURW1547CTQGzQziuU9mAwZUvivKA2gEwxmTSEW2EtVNWBtca8LDK!▇ |
| | EZDHr2zsrc5jUGbdQul8Wxi5dNmyaJGn3gZOT.ASd35IcwE42U3u_VBok:▇ |
| | r_snMYSdeDJkTdryl8Gycf5V9BO8F2_cW67jftG66A.AFR0WIsShooIa885▇ |
| | VzQyVL0U3hbRyYQDmi3QS_tKCz6NRV_76FIeOA0OakRw05TOm64ddG;▇ |



file://D:\Report\files\entry_▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ PROTECTIVE ORDER    7/2 PCC-03360

New Fax Message from (602) 771-8000 on 04/18/2013 at 11:08 AM          Page 2 of 2



y9rhTBaZhV3afbhDIxxI9wjCzGyAxr4hsRkalcRSs5wgUD.IDrjAhyN.nNFw
IWnko4dqXhbhzG.NH_Q8ueX7Ykx1QNRh.JEsmozBBIF0NyHOG5hs7p3o
XnPumWPCprQQPQbpuBNjvSI8AONasHYWrxSXm0Y1HMaHtfFAr2vRmU
1uFwK6_t2uMJC0bYt_n1lRyIcLQU6G5j6mCuKUG9NdKpTeAxZQQb3dQV
Lth8d2UUIGcSbtiQOorN9GyK0DyOvNwpFYewrdMEDXWSSiwWd4gHIaBF
KTiV7Ic8BuQQcbdKywJSZ9sxZMVtJmurxbFdyfbAYKlbn8cpvAmCv3DwK

| | |
|---|---|
| X-RocketMSGID: | 1366308502.657.43635@mta1456.mail.ne1.yahoo.com#0 |
| X-Originating-IP: | [199.255.122.44] |
| Authentication-Results: | mta1456.mail.ne1.yahoo.com from=ringcentral.com; domainkeys=neu |
| Received: | from 127.0.0.1 (EHLO sjc01rel04.ringcentral.com) (199.255.122.44) b |
| Received: | from Ringcentral (sjc01-c01-lbr00 [199.255.122.10]) by sjc01rel04.rin Thu, 18 Apr 2013 18:08:21 +0000 (GMT) |
| X-DKIM: | Sendmail DKIM Filter v2.8.3 sjc01rel04.ringcentral.com 91C1E24F70F |
| DKIM-Signature: | v=1; a=rsa-sha1; c=simple/simple; d=ringcentral.com; s=mail; t=136 ID:From:To:Subject:Date:MIME-Version:Content-Type; b=i8MF1a4oMI NXaMIdZLIBCfFGIWU35fVdfG2Kono/I0puMQdOAGH+InbV6q2SsYUJMZ\ |
| Message-ID: | <3815102-22013441818821798@Ringcentral> |
| X-Priority: | 3 |
| MIME-Version: | 1.0 |
| Content-Type: | multipart/mixed; boundary="----=_NextPart_18775111818182265118 |
| Content-Length: | 232746 |



file://D:\Report\files\entry _   **PROTECTIVE ORDER**   7/2 PCC-03361

2013 12:03PM

Mike Flowers
Rush list (2nd)

PROTECTIVE ORDER          PCC-03362

```
DAApr. 18. 2013/12:03PM    STATE IDENTIFICATION RESULTS         S.No. 6736   P. 2
TIME: 08:14:00                                                  INMID01

  SSN: ███████6962              LATEST QTR ON FILE IS    20124
  THE SSN YOU ENTERED HAS WAGES IN THE FOLLOWING STATES:
  ST: __


COMMAND ENTRY ===>
 INMIQ01               INQUIRY CLAIM INFORMATION           08:05:07 04/18/13
 SSN:███████1287  ST: CA           CURRENT PROGRAM: REG       MORE    +
                                   EFF   01/13/13          BYE 01/11/14
                RD                 WBA  $   377            MBA  $ 9802
                                   BAL  $9802.00           OP   ********
                      CA █████     DQ FM 00/00/00          TO   00/00/00
                                   EB   ********           TRA  ********
                                   LO   1450               EXT  ********

  _WEEK_   _DATE_        _PMT AMT_   |  _WEEK_   _DATE_        _PMT AMT_
  00/00/00  01/30/13      ACRO
  01/26/13  01/30/13     $   0.00
  01/19/13  01/30/13     $   0.00


COMMAND ENTRY ===>
 INMIQ02               INQUIRY WAGE INFORMATION          08:05:45 04/18/13
 SSN:███████7133  ST: CA                                     MORE   - +
 OPT      EMPLOYER             _11-4_  _12-1_ _12-2_ _12-3_ _12-4_ _13-1_
 _ GR███████ST                    0       0      0      0      0
 _ GR███████ST                    0       0      0      0      0
 _ CO███████F                   9172    9004   9324   8906   9751


COMMAND ENTRY ===>
 INMIQ02               INQUIRY WAGE INFORMATION          08:05:31 04/18/13
 SSN:███████6128  ST: CA                                     MORE   - +
 OPT      EMPLOYER             _11-4_  _12-1_ _12-2_ _12-3_ _12-4_ _13-1_
 _ FENCING BY                      0       0      0   7100   7656
 _ FENCING BY                      0       0   1103      0      0
 _ INGRAM MIC                   6974    6798   5591      0      0


COMMAND ENTRY ===>
 INMIQ02               INQUIRY WAGE INFORMATION          08:04:32 04/18/13
 SSN:███████6021  ST: CA                                     MORE   - +
 OPT      EMPLOYER             _11-4_  _12-1_ _12-2_ _12-3_ _12-4_ _13-1_
 _ ST████████C                 15549   16044  16044  14926  14367
 _ ST████████C                     0       0      0      0      0
 _ LI████████                      0       0      0  10201  15302
 _ AD████████A                 15549   16044  16044   5348      0
```

**PROTECTIVE ORDER**                                      PCC-03363

```
D/Apr. 18. 2013/12:03PM      STATE IDENTIFICATION RESULTS           SNo. 6736   P. 3
TIME: 08:12:49                                                      INMID01

SSN: ██████3723              LATEST QTR ON FILE IS    20124

THE SSN YOU ENTERED HAS WAGES IN THE FOLLOWING STATES:

ST: __
```

```
COMMAND ENTRY ===>
  INMIQ02                 INQUIRY WAGE INFORMATION                06:18:58 04/18/13
  SSN: ██████3921 ST: CA                                              MORE   - +
  OPT     EMPLOYER              11-4   12-1   12-2   12-3   12-4   13-1
  _ SA████T                     3747   3270   3436   3919    432
  _ ████RE                         0      0      0      0      0
```

```
COMMAND ENTRY ===>
  INMIQ02                 INQUIRY WAGE INFORMATION                06:18:35 04/18/13
  SSN: ██████0525 ST: CA                                              MORE   - +
  OPT     EMPLOYER              11-4   12-1   12-2   12-3   12-4   13-1
  _ TH████                      7620   7440   8026   7366      0
  _ ██████                         0      0      0   1473   8839
```

```
COMMAND ENTRY ===>
  INMIQ02                 INQUIRY WAGE INFORMATION                08:04:17 04/18/13
  SSN: ██████1868 ST: CA                                              MORE   - +
  OPT     EMPLOYER              11-4   12-1   12-2   12-3   12-4   13-1
  _ MI████S                     5344      0      0      0      0
  _ BR██████E                  18312  16043  20154  22030  25422
```

```
DATE: 04/18/13              STATE IDENTIFICATION RESULTS          SID1
TIME: 08:11:44                                                    INMID01

SSN: ██████4971             LATEST QTR ON FILE IS    20124

THE SSN YOU ENTERED HAS WAGES IN THE FOLLOWING STATES:

ST: __
```

```
DATE: 04/18/13              STATE IDENTIFICATION RESULTS          SID1
TIME: 08:08:03                                                    INMID01

SSN: ██████4659             LATEST QTR ON FILE IS    20124

THE SSN YOU ENTERED HAS WAGES IN THE FOLLOWING STATES:

ST: __
```

PROTECTIVE ORDER                                                  PCC-03364

```
D:Apr. 18. 2013/12:04PM    STATE IDENTIFICATION RESULTS        SNo.6736  P. 4
TIME: 08:13:49                                                 INMID01

SSN:      5266                 LATEST QTR ON FILE IS    20124
THE SSN YOU ENTERED HAS WAGES IN THE FOLLOWING STATES:
ST: __


COMMAND ENTRY ===>
 INMIQ02              INQUIRY WAGE INFORMATION            08:06:48 04/18/13
 SSN:       8860 ST: CA                                          MORE  - +
 OPT       EMPLOYER            11-4  12-1  12-2  12-3  12-4  13-1
 _ WE    IC                    4661  5249    15     0     0
 _ CE    VA                       0     0  4823  7603  8575


COMMAND ENTRY ===>
 INMIQ02              INQUIRY WAGE INFORMATION            06:19:31 04/18/13
 SSN:       7544 ST: CA                                          MORE  - +
 OPT       EMPLOYER            11-4   12-1   12-2   12-3   12-4  13-1
 _ GR    SS                   36907  34403  32291  38996  35566


COMMAND ENTRY ===>
 INMIQ02              INQUIRY WAGE INFORMATION            06:19:48 04/18/13
 SSN:       595 ST: CA                                           MORE  - +
 OPT       EMPLOYER            11-4  12-1  12-2  12-3  12-4  13-1
 _ SC    A                     2959     0     0     0     0


COMMAND ENTRY ===>
 INMIQ01              INQUIRY CLAIM INFORMATION           08:06:16 04/18/13
 SSN:       6010 ST: CA        CURRENT PROGRAM: REG            MORE    +
                               EFF   09/23/12                BYE 09/21/13
                               WBA $   409                   MBA  $10634
                               BAL $  940.00                 OP   ********
                               DQ FM 12/30/90                TO   04/17/92
 LOS ANGELES          CA     0000  EB    ********           TRA  ********
                                   LO    0060               EXT  ********

 _WEEK__  _DATE___   _PMT AMT_  | _WEEK__  _DATE___   _PMT AMT_
 04/06/13  04/08/13  $ 407.00   | 02/09/13  02/12/13  $ 398.00
 00/00/00  04/08/13  ACRO       | 02/02/13  02/12/13  $ 380.00
 03/30/13  04/08/13  $ 398.00   | 01/26/13  01/29/13  $ 389.00
 03/23/13  03/26/13  $ 407.00   | 01/19/13  01/29/13  $ 353.00
 03/16/13  03/26/13  $ 389.00   | 01/12/13  01/14/13  $ 380.00
 03/09/13  03/11/13  $ 407.00   | 01/05/13  01/14/13  $ 353.00
 03/02/13  03/11/13  $ 389.00   | 12/29/12  01/03/13  $ 380.00
 02/23/13  02/26/13  $ 398.00   | 12/22/12  01/03/13  $ 328.00
 02/16/13  02/26/13  $ 371.00   | 12/15/12  12/24/12  $ 380.00
```

# PROTECTIVE ORDER

PCC-03365

```
D: Apr. 18. 2013/12:04PM    STATE IDENTIFICATION RESULTS         SNo. 6736   P. 5
TIME: 08:13:18                                                   INMID01

SSN: 4█████7748              LATEST QTR ON FILE IS    20124

THE SSN YOU ENTERED HAS WAGES IN THE FOLLOWING STATES:

ST: __
```

---

```
COMMAND ENTRY ===>
INMIQ01            INQUIRY CLAIM INFORMATION                    08:06:03 04/18/13
SSN: █████0057 ST: CA               CURRENT PROGRAM: REG            MORE    +
                                    EFF     06/03/12             BYE 06/01/13
[redacted]                          WBA  $    319                MBA  $ 8294
                                    BAL  $ 367.00                OP   ********
                                    DQ FM 11/16/08               TO   12/04/09
SACRAMENTO              CA 9████    EB   ********                TRA  ********
                                    LO      0410                 EXT  ********
```

| WEEK     | DATE     | PMT AMT  | WEEK     | DATE     | PMT AMT  |
|----------|----------|----------|----------|----------|----------|
| 04/06/13 | 04/16/13 | $ 147.00 | 02/02/13 | 02/12/13 | $ 103.00 |
| 03/30/13 | 04/16/13 | $ 319.00 | 01/26/13 | 01/31/13 | $  63.00 |
| 03/23/13 | 04/04/13 | $ 319.00 | 01/19/13 | 01/31/13 | $ 161.00 |
| 03/16/13 | 04/04/13 | $ 130.00 | 01/12/13 | 01/17/13 | $ 157.00 |
| 03/09/13 | 03/11/13 | $ 130.00 | 01/05/13 | 01/17/13 | $ 164.00 |
| 03/02/13 | 03/11/13 | $ 157.00 | 12/29/12 | 01/03/13 | $ 161.00 |
| 02/23/13 | 02/25/13 | $ 157.00 | 12/22/12 | 01/03/13 | $ 164.00 |
| 02/16/13 | 02/25/13 | $ 117.00 | 12/15/12 | 12/17/12 | $ 103.00 |
| 02/09/13 | 02/12/13 | $ 107.00 | 12/08/12 | 12/17/12 | $ 157.00 |

---

```
COMMAND ENTRY ===>
INMIQ02             INQUIRY WAGE INFORMATION                    08:07:13 04/18/13
SSN: █████3431 ST: CA                                               MORE   - +
OPT ____ EMPLOYER _____    _11-4_  _12-1_  _12-2_  _12-3_  _12-4_  _13-1_
_ KA██████LE                    0      347    1712     254      0
```

---

```
COMMAND ENTRY ===>
INMIQ02             INQUIRY WAGE INFORMATION                    08:07:02 04/18/13
SSN: █████5231 ST: CA                                               MORE   - +
OPT ____ EMPLOYER _____    _11-4_  _12-1_  _12-2_  _12-3_  _12-4_  _13-1_
_ DIVERSIFIE                 7444    7972    7697    7063    7769
```

---

```
DATE: 04/18/13             STATE IDENTIFICATION RESULTS          SID1
TIME: 08:13:34                                                   INMID01

SSN: █████6950              LATEST QTR ON FILE IS    20124

THE SSN YOU ENTERED HAS WAGES IN THE FOLLOWING STATES:

ST: __
```

**PROTECTIVE ORDER**                                         PCC-03366

4/18/13

Apr. 18. 2013 12:04PM

No. 6736   P. 6/ page

Mike Flowers
Kelvin (2nd)
No wages or unemployed

2003
1711
6151
8869
886
6271
9057

3350
4784
4796
2157
1461
4949
9982

16395
3680
9548
3610
2569
1963
7284

PROTECTIVE ORDER    PCC-03367

```
Apr. 18. 2013 12:05PM                                              No. 6736    P. 7
COMMAND ENTRY ===>
  INMIQ02              INQUIRY WAGE INFORMATION                08:49:00 04/18/13
  SSN:        8804 ST: CA                                             MORE  - +
  OPT        EMPLOYER              __11-4_  __12-1_  __12-2_  __12-3_  __12-4_  __13-1_
  MA      OLL                        2975       0        0        0        0
  GO      ES                            0    13400    12454    13183    14270
```

```
COMMAND ENTRY ===>
  INMIQ03              INQUIRY EMPLOYER INFORMATION            10:46:58 04/18/13
  SSN:       4298 ST: TX
                                         QTR     WK      WAGES         USED
  A          SECURITY SERVICES LLC       11-4          8953.81
                                         12-1          7829.79
                          NH             12-2          7856.19
                                         12-3          5966.20
                                         12-4          7068.36
                                         13-1

  LAST NAME: DAVIS, J
```

**PROTECTIVE ORDER**                                              PCC-03368

No. 6130

APR 18, 2013 12:05PM

Mike Flowers
Fax List

PROTECTIVE ORDER

PCC-03369

```
                Apr. 18. 2013 12:05PM                                                 No. 6736   P. 9
      DATE:  04/18/13              STATE IDENTIFICATION RESULTS            SID1
      TIME:  09:08:58                                                      INMID01

      SSN: ▓▓▓▓▓▓0357                        LATEST QTR ON FILE IS    20124

      THE SSN YOU ENTERED HAS WAGES IN THE FOLLOWING STATES:

      ST:  __
```

```
      COMMAND ENTRY ===>
      INMIQ01                INQUIRY CLAIM INFORMATION                    09:16:35 04/18/13
      SSN: ▓▓▓▓▓▓1941  ST: CA                 CURRENT PROGRAM: REG           MORE    +
                                               EFF    02/24/13              BYE  02/22/14
      ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                         WBA  $    450                MBA    $11700
                                               BAL  $  934.00               OP   ********
                                               DQ FM 00/00/00               TO    00/00/00
      STOCKTON               CA  ▓▓▓▓▓-4407    EB    ********               TRA  ********
                                               LO    8500                   EXT  ********

      _WEEK____DATE_____PMT AMT__       _WEEK____DATE_____PMT AMT__
      04/03/13  04/15/13    $ 180.00
      03/27/13  04/12/13    $ 383.00
      03/13/13  03/27/13    $  90.00
      03/06/13  03/27/13    $ 113.00
      02/27/13  03/26/13    $   0.00
```

```
      COMMAND ENTRY ===>
      INMIQ01                INQUIRY CLAIM INFORMATION                    09:14:53 04/18/13
      SSN: ▓▓▓▓▓▓7136  ST: CA                 CURRENT PROGRAM: REG           MORE    +
                                               EFF    12/23/12              BYE  12/21/13
      ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓          ▓▓▓▓▓▓▓▓ C    WBA  $    369                MBA    $ 9444
                                               BAL  $4061.00                OP   ********
                                               DQ FM 08/14/11               TO    09/12/12
      ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓       CA  ▓▓▓▓▓▓▓▓      EB    ********               TRA  ********
                                               LO    0210                   EXT  ********

      _WEEK____DATE_____PMT AMT__       _WEEK____DATE_____PMT AMT__
      03/30/13  04/12/13    $ 369.00        01/26/13  03/20/13    $ 369.00
      03/23/13  04/12/13    $ 369.00        01/19/13  03/20/13    $ 369.00
      03/16/13  04/12/13    $ 369.00        01/12/13  03/20/13    $ 369.00
      03/09/13  04/12/13    $ 369.00        01/05/13  01/17/13    $ 150.00
      03/02/13  04/03/13    $ 369.00        12/29/12  02/11/13    $ 369.00
      02/23/13  04/03/13    $ 369.00        12/29/12  01/17/13    $ 436.00
      02/16/13  04/03/13    $ 332.00
      02/09/13  04/03/13    $ 332.00
      02/02/13  03/20/13    $ 369.00
```

```
      DATE:  04/18/13              STATE IDENTIFICATION RESULTS            SID1
      TIME:  09:11:02                                                      INMID01

      SSN: ▓▓▓▓▓▓8237                        LATEST QTR ON FILE IS    20124

      THE SSN YOU ENTERED HAS WAGES IN THE FOLLOWING STATES:

      ST:  __
```

**PROTECTIVE ORDER**                                                           PCC-03370

```
DATE: Apr. 18. 2013/12:05PM    STATE IDENTIFICATION RESULTS         S.No. 6736   P. 10
TIME:  09:09:12                                                      INMID01

   SSN: ████ 3803              LATEST QTR ON FILE IS    20124

   THE SSN YOU ENTERED HAS WAGES IN THE FOLLOWING STATES:

   ST: __
_____

COMMAND ENTRY ===>
  INMIQ01              INQUIRY CLAIM INFORMATION              09:14:36 04/18/13
  SSN: ████ 4435 ST: CA                       CURRENT PROGRAM: EB        MORE   +
                                              EFF    03/25/12    BYE  03/23/13
  ████████████████████████████          W.    WBA  $    450     MBA  $   6300
                                              BAL  $4050.00     OP  ********
                                              DQ FM  00/00/00   TO  00/00/00
  RANCHO CORDOVA           CA ████              EB    10/21/12    TRA 00/00/00
                                              LO    0210        EXT 00/00/00

  _WEEK_   _DATE_    _PMT AMT_  |  _WEEK_   _DATE_   _PMT AMT_
  12/01/12  12/03/12   $    0.00  |  09/29/12  10/01/12   $  338.00
  11/24/12  12/03/12   $  338.00  |  09/22/12  10/01/12   $  338.00
  11/17/12  11/19/12   $  338.00  |  09/15/12  09/17/12   $  338.00
  11/10/12  11/19/12   $  338.00  |  09/08/12  09/17/12   $  338.00
  11/03/12  11/05/12   $  338.00  |  09/01/12  09/03/12   $  338.00
  10/27/12  11/05/12   $  338.00  |  08/25/12  09/03/12   $  338.00
  10/20/12  10/29/12   $  338.00  |  08/18/12  08/20/12   $  338.00
  10/13/12  10/15/12   $  338.00  |  08/11/12  08/20/12   $  338.00
  10/06/12  10/15/12   $  338.00  |  08/04/12  08/07/12   $  338.00
_____

DATE: 04/18/13               STATE IDENTIFICATION RESULTS          SID1
TIME: 09:08:28                                                      INMID01

   SSN: ████ 2415             LATEST QTR ON FILE IS    20124

   THE SSN YOU ENTERED HAS WAGES IN THE FOLLOWING STATES:

   ST: __
_____

DATE: 04/18/13               STATE IDENTIFICATION RESULTS          SID1
TIME: 09:16:06                                                      INMID01

   SSN: ████ 0027             LATEST QTR ON FILE IS    20124

   THE SSN YOU ENTERED HAS WAGES IN THE FOLLOWING STATES:

   ST: __
_____

DATE: 04/18/13               STATE IDENTIFICATION RESULTS          SID1
TIME: 09:15:53                                                      INMID01

   SSN: ████ 6265             LATEST QTR ON FILE IS    20124

   THE SSN YOU ENTERED HAS WAGES IN THE FOLLOWING STATES:

   ST: __
```

PROTECTIVE ORDER                                                     PCC-03371

```
DA Apr. 18, 2013/12:06PM    STATE IDENTIFICATION RESULTS        S.No. 6736   P. 11
TIME: 09:09:25                                                  INMID01

SSN:        3882           LATEST QTR ON FILE IS    20124

THE SSN YOU ENTERED HAS WAGES IN THE FOLLOWING STATES:
ST: __


COMMAND ENTRY ===>
INMIQ01            INQUIRY CLAIM INFORMATION              09:10:39 04/18/13
SSN:       489 ST: CA              CURRENT PROGRAM: REG       MORE    +
                                   EFF  02/10/13             BYE 02/08/14
                                   WBA  $    93              MBA  $ 2418
                                   BAL  $2046.00             OP  ********
                                   DQ FM 01/01/12            TO  12/27/12
YUBA CITY           CA 959**-0000* EB   ********             TRA ********
                                   LO   1450                 EXT ********

  WEEK    DATE      PMT AMT         WEEK    DATE       PMT AMT
 03/09/13 04/08/13  $  93.00
 03/02/13 04/08/13  $  93.00
 02/23/13 03/25/13  $  93.00
 02/16/13 03/25/13  $  93.00


COMMAND ENTRY ===>
INMIQ02            INQUIRY WAGE INFORMATION               09:10:16 04/18/13
SSN:      1502 ST: CA                                         MORE   - +
OPT       EMPLOYER             11-4  12-1  12-2  12-3  12-4  13-1
_  OWENS HEAL                  5336  5770  7808  7110  4041
_  CITY OF RE                     0     0     0     0  5603
_  COUNTY OF                      0     0     0     0     0
_  CITY OF RE                     0     0     0     0  5887
_  COUNTY OF                     45     0     0     0     0


COMMAND ENTRY ===>
INMIQ02            INQUIRY WAGE INFORMATION               09:15:39 04/18/13
SSN:       7973 ST: CA                                        MORE   - +
OPT       EMPLOYER             11-4  12-1  12-2  12-3  12-4  13-1
_  LYONS V EL                    22     0     0     0     0
_  PK PARTNER                  5230  4559  5832  5774  7966


DATE: 04/18/13      STATE IDENTIFICATION RESULTS         SID1
TIME: 09:15:09                                           INMID01

SSN:       0992            LATEST QTR ON FILE IS    20124

THE SSN YOU ENTERED HAS WAGES IN THE FOLLOWING STATES:
ST: __
```

**PROTECTIVE ORDER**                                             PCC-03372

```
D/Apr. 18. 2013/12:06PM    STATE IDENTIFICATION RESULTS         SNo. 6736  P. 12
TIME: 09:10:52                                                  INMID01

SSN: ████████4189              LATEST QTR ON FILE IS    20124

THE SSN YOU ENTERED HAS WAGES IN THE FOLLOWING STATES:

ST: __


COMMAND ENTRY ===>
  INMIQ02                  INQUIRY WAGE INFORMATION            09:14:02 04/18/13
  SSN: ████████5063 ST: CA                                             MORE   - +
OPT          EMPLOYER         _11-4_ _12-1_ _12-2_ _12-3_ _12-4_ _13-1_
_  TARGET COR                  5674   4800   5459   2145    249
_  STATE STRE                     0      0      0      0      0


DATE: 04/18/13             STATE IDENTIFICATION RESULTS         SID1
TIME: 09:13:50                                                  INMID01

SSN: ████████8387              LATEST QTR ON FILE IS    20124

THE SSN YOU ENTERED HAS WAGES IN THE FOLLOWING STATES:

ST: __


COMMAND ENTRY ===>
  INMIQ02                  INQUIRY WAGE INFORMATION            09:11:29 04/18/13
  SSN: ████████0894 ST: CA                                             MORE   - +
OPT          EMPLOYER         _11-4_ _12-1_ _12-2_ _12-3_ _12-4_ _13-1_
_  COREPOWER                   286   1840      0      0      0
_  COREPOWER                     0      0    427   2070   2505


COMMAND ENTRY ===>
  INMIQ02                  INQUIRY WAGE INFORMATION            09:15:22 04/18/13
  SSN: ████████9179 ST: CA                                             MORE   - +
OPT          EMPLOYER         _11-4_ _12-1_ _12-2_ _12-3_ _12-4_ _13-1_
_  PERFORMANC                 2613   2208   2685   2367   2585
_  SIERRA OFF                    0      0      0      0   8432
_  SIERRA OFF                 6736   7065   7187   8309      0


COMMAND ENTRY ===>
  INMIQ02                  INQUIRY WAGE INFORMATION            09:11:15 04/18/13
  SSN: ████████2862 ST: CA                                             MORE   - +
OPT          EMPLOYER         _11-4_ _12-1_ _12-2_ _12-3_ _12-4_ _13-1_
_  NORWOOD CA                    0      0   1982   1392      0
_  SACRAMENTO                    0    384      0      0      0
_  ESKATON PR                 5601   4340   4931   6851   6142


COMMAND ENTRY ===>
  INMIQ02                  INQUIRY WAGE INFORMATION            09:09:49 04/18/13
  SSN: ████████7109 ST: CA                                             MORE   - +
OPT          EMPLOYER         _11-4_ _12-1_ _12-2_ _12-3_ _12-4_ _13-1_
_  STATE OF C                20219  20862  20862  19489  18803
_  STATE OF C                    0      0      0      0      0
_  DEPARTMENT                20219  20862  20862  20219  19898
```

PROTECTIVE ORDER         PCC-03373

```
D/Apr. 18. 2013/12:06PM   STATE IDENTIFICATION RESULTS      SNo.6736  P. 13
TIME: 09:10:28                                              INMID01

SSN:          9553              LATEST QTR ON FILE IS   20124

THE SSN YOU ENTERED HAS WAGES IN THE FOLLOWING STATES:

ST: __
```

---

```
COMMAND ENTRY ===>                                     09:10:02 04/18/13
  INMIQ02              INQUIRY WAGE INFORMATION
  SSN:        0996 ST: CA                                       MORE  - +
  OPT        EMPLOYER            _11-4_ _12-1_ _12-2_ _12-3_ _12-4_ _13-1_
  _ S     M H                       0      0      0      0    1943
```

---

```
COMMAND ENTRY ===>                                     09:08:42 04/18/13
  INMIQ02              INQUIRY WAGE INFORMATION
  SSN:        9649 ST: CA                                       MORE  - +
  OPT        EMPLOYER            _11-4_ _12-1_ _12-2_ _12-3_ _12-4_ _13-1_
  _ ADESA CALI                    6595   5776   5881   5714   7631
```

---

```
COMMAND ENTRY ===>                                     09:14:16 04/18/13
  INMIQ02              INQUIRY WAGE INFORMATION
  SSN:        2119 ST: CA                                       MORE  - +
  OPT        EMPLOYER            _11-4_ _12-1_ _12-2_ _12-3_ _12-4_ _13-1_
  _ O'SULLIVAN                    6268   6531   6280   6880   7074
```

---

```
COMMAND ENTRY ===>                                     09:16:19 04/18/13
  INMIQ02              INQUIRY WAGE INFORMATION
  SSN:        8035 ST: CA                                       MORE  - +
  OPT        EMPLOYER            _11-4_ _12-1_ _12-2_ _12-3_ _12-4_ _13-1_
  _ CENTRAL CA                    6086   7253   1467   7442   6623
```

PROTECTIVE ORDER                                    PCC-03374