# Exhibit 3



2 = OLD JUDGMTS
2 = OUT of STATE Best JUDGMTS
19 = NON JUDGMTS Best
27 = Best JUDGMTS

TOTAL = 50

PROTECTIVE ORDER    PCC010035



PROTECTIVE ORDER        PCC017776


```
09:24:55  22 Jun 2015        A C C O U N T    S U M M A R Y                     Page   1

                OFESSIONAL COLLECTION              LOS ANGELES CA 800-632-4001
         ME/ADDRESS                    EMP./REF/MISC/SOURCE/STATUS    PAY/DATE       AMOUNT TC
      2*VZW100*022223*--               CLI: VERIZON WIRELESS          07-27-09      158.95 01
      C    J   C                       EMP: FENCING BY ACREY, INC.    08-11-09      131.45 01
                                       REF:            -0001          08-12-09      153.40 01
      RIVERSIDE, CA                    MSC: CR CLASS=C                08-26-09      141.49 01
      PH1          4031                SOU:        5612               08-31-09      119.05 01
      PH2          5620                                               08-31-09      153.76 01
                                       STATUS   LJD 01-17-14          09-14-09      112.63 01
        AMT.ASGN :   1,668.70          FU/STAT  LEX 12-02-15          09-14-09      124.88 01
                                                                      09-21-09      137.87 01
        CRT/COSTS:                     DB/SSN:           6128         10-05-09      165.82 01
        ATTY/FEES:                                                    10-05-09      165.82 01
        PRINCIPAL:     223.98                                         10-05-09     -165.82 81
        INTEREST :   1,169.39  RATE DESK : 012                        10-09-13      132.11 01
        MISC/CHGS:                                                    10-09-13      142.13 01
                     ---------          LACT DT 06/18/05              10-21-13      125.94 01
        BALANCE  :   1,393.37           ASGN DT 10/19/07              10-21-13      137.50 01
                                                                      11-04-13      123.63 01
                                                                      11-13-13      109.76 01
                                                                      11-21-13      122.08 01
                                                                      11-21-13      123.63 01
                                                                      TOT PD       2416.08

  ------------------------- A C C O U N T    C O M M E N T S  -------------------------

   1)  VERIZON ID# 00220670248150000001
   2)  ACCT.ORIG.DT=09/10/2004
   3)  DISC.DT=02/18/2005 ACCT.TYPE=I
   4)  LAST.STATEMENT.DATE=05/24/2005
   5)  MARKET.CODE 0022=LOS ANGELES
   6)  11/20/07  06:07PM  Global Connect call result for         -3211 :
   7)                       no Answer
   8)  11/21/07  09:13AM  Global Connect call result for         -3211 :
   9)                       CALL ANSWERED - MESSAGE DELIVE
  10)  11/28/07  03:32PM  Global Connect call result for         -3211 :
  11)  11/28/07  07:22PM  Global Connect call result for         -3211 :
  12)                       no Answer
  13)                       no Answer
  14)  12/10/07  05:50PM  Global Connect call result for         -3211 :
  15)                       no Answer
  16)  12/11/07  04:44PM  Global Connect call result for         -3211 :
  17)                       no Answer
  18)  12/12/07  01:37PM  Global Connect call result for         -3211 :
  19)                       no Answer
  20)  12/13/07  01:45PM  Global Connect call result for         -3211 :
  21)                       no Answer
  22)  12/13/07  02:16PM  PORT 37 (RECEPTION2) ACCESSED ACCOUNT
  23)  12/13/07  02:16PM  RET --- --- RECVD RETRN MAIL, NO FORWARDING   PRT=37   MP
  24)  12/17/07  01:26PM  Global Connect call result for         -3211 :
  25)                       no Answer
  26)  12/27/07  08:12PM  Global Connect call result for         -3211 :
  27)                       CALL ANSWERED - MESSAGE DELIVE
  28)  01/08/08  06:32PM  Global Connect call result for         -3211 :
  29)                       no Answer
  30)  01/09/08  01:27PM  Global Connect call result for         3211 :
```

PCC066806