# Exhibit 6

PCC065093

PCC065094



```
COMMAND ENTRY ===>                                           06:57:25 08/23/13
INM1Q02          INQUIRY WAGE INFORMATION                          MORE  - +
SSN: [REDACTED]      ST CA
OPT        EMPLOYER            12-1   12-2   12-3   12-4   13-1   13-2
                                  0      0      0      0      0      0
_ ABC UNIFIB                      0      0      0   2805   2530
_ INGLEWOOD              UXX   2695    605   2805   2530
_ ABC UNIFIB                      0   1854   1124   1093   2229
_ INGLEWOOD

COMMAND ENTRY ===>                                           06:53:17 08/23/13
INM1Q02          INQUIRY WAGE INFORMATION                          MORE  - +
SSN: [REDACTED]  ST CA
OPT        EMPLOYER            12-1   12-2   12-3   12-4   13-1   13-2
                                  0    312      0      0      0
_ DE[REDACTED]                18183  17236  21006  18907  21561
_ UN[REDACTED]

COMMAND ENTRY ===>                                           06:54:04 08/23/13
INM1Q02          INQUIRY WAGE INFORMATION                          MORE  - +
SSN: [REDACTED] 546 ST CA
OPT        EMPLOYER            12-1   12-2   12-3   12-4   13-1   13-2
                                  0      0      0   4249   5643
_ C[REDACTED] A                   0   5645      0      0      0
_ DA[REDACTED] G               4900      0   4560      0      0
_ DA[REDACTED] G

COMMAND ENTRY ===>                                           06:55:22 08/23/13
INM1Q02          INQUIRY WAGE INFORMATION                          MORE  - +
SSN: [REDACTED] 9231 ST CA
OPT        EMPLOYER            12-1   12-2   12-3   12-4   13-1   13-2
_ G[REDACTED] L                 UXX    UXX      0      0   1100

COMMAND ENTRY ===>                                           06:56:58 08/23/13
INM1Q02          INQUIRY WAGE INFORMATION                          MORE  - +
SSN: [REDACTED] 079 ST CA
OPT        EMPLOYER            12-1   12-2   12-3   12-4   13-1   13-2
_ AIDS HEALT                   6833   7821   6664   7743   6634

COMMAND ENTRY ===>                                           06:57:11 08/23/13
INM1Q02          INQUIRY WAGE INFORMATION                          MORE  - +
SSN: [REDACTED] 9577 ST CA
OPT        EMPLOYER            12-1   12-2   12-3   12-4   13-1   13-2
_ SO[REDACTED] C               6041   7764   6631   7796   6993
```

PCC065095