# Exhibit 7



PCC065052

| | | | | | | |
|---|---|---|---|---|---|---|
| 3315 | GLDN1CN | H20 | CA | SIE | 145- | |
| 7349 | GLD1NSCR | 77 | CA | AN | | |
| 7220 | GLDN1CN | S18 | CA | ALV | 880 | |
| 5184 | CUSCCR | LAB | CA | PLA | 682 | |
| 5245 | 1STCITY | S17 | CA | WR | 170 | |
| 178 | GLDN1CN | S17 | CA | NE | 433- | |
| 160 | GLDN1CN | P10 | CA | LAR | 860 | |
| 338 | GLDN1CN | P02 | CA | DR | 616 | |
| 093 | SNTCMB | 105 | CA | BA | NE MARIE | 616 |
| 002 | GLDN1CN | H18 | CA | KA | 4538 | |
| 444 | MSNREC | TPNG | CA | EV | 6910 | |
| 206 | GLDN1CN | H19 | CA | LO | 4245 | EVEN, JESUS ? |
| 027 | GLDN1CN | H20 | CA | AN | 2778 | DAY, JEFF |
| 223 | PACOAK | H19 | CA | LAR | 1569 | |
| 113 | GLDN1CN | P18 | CA | ZAV | 2076 | LARA, EDUARDO GARCIA |
| 011 | GLDN1CN | 19 | CA | ARI | 1086 | LUCILA ZAVALA, MARIA |
| 181 | GLDN1CN | P21 | CA | JIM | 5328 | BUSTOS, ADELINE |
| 150 | GLDN1CN | H19 | CA | GA | 6381 | |
| 121 | GLDN1CN | H20 | CA | LO | 9171 | GARCIA, ANTONIO |
| 196 | GLDN2CN | S17 | CA | CAN | 3262 | |
| 166 | GLDN1CN | H22 | CA | ME | 7231 | GARCIA, EDGAR |
| 181 | UBCM96 | JASU | CA | GIR | 2334 | |
| | | | | | 9630 | DBA GREGORY GIRARDOT |
| 150 | GLDN1CN | P21 | CA | PRA | 9330 | |

PCC065056