# Exhibit 7



PCC065065

