# Exhibit 8

Jul. 26. 2013  6:20AM                                          No. 4301   P. 6

```
COMMAND ENTRY ===>                                         12:35:26 07/25/13
  INMIQ03          INQUIRY EMPLOYER INFORMATION
  SSN:        9401 ST: NV
                                    QTR    WK       WAGES      USED
  ANDREWS INTERNATIONA                12-1    00      4716.75
  PO BOX                              12-2    00      5517.06
                         631666744    12-3    00      5681.07
                                      12-4    00      6271.05
                  MO                  13-1    00      5330.50
                                      13-2

  LAST NAME:
```

```
COMMAND ENTRY ===>                                         12:32:35 07/25/13
  INMIQ02          INQUIRY WAGE INFORMATION                      MORE   - +
  SSN:        2421 ST: CA
OPT       EMPLOYER           12-1_  12-2_  12-3_  12-4_  13-1_  13-2_
_ COUNTY OF                      0      0      0      0      0
_ EL DORADO                   3718   4587   5092   6062   5131
```

```
COMMAND ENTRY ===>                                         12:36:58 07/25/13
  INMIQ02          INQUIRY WAGE INFORMATION                      MORE   - +
  SSN:        2669 ST: CA
OPT       EMPLOYER           12-1_  12-2_  12-3_  12-4_  13-1_  13-2_
_ TO          N              1893   3033   2271   2215   2319
_ LU          N              1578   2502   1947   1890   1988
```

```
COMMAND ENTRY ===>                                         12:36:07 07/25/13
  INMIQ02          INQUIRY WAGE INFORMATION                      MORE   - +
  SSN:        6984 ST: CA
OPT       EMPLOYER           12-1_  12-2_  12-3_  12-4_  13-1_  13-2_
_ REGENCY PR                    0   3750   4500   4500   4500
_ FIROUZ F Y                    0   1765   3578   3531   3260
_ MINOO YASH                    0   1093   2222   2189   2290
```

```
COMMAND ENTRY ===>                                         12:38:23 07/25/13
  INMIQ02          INQUIRY WAGE INFORMATION                      MORE   - +
  SSN:        3582 ST: CA
OPT       EMPLOYER           12-1_  12-2_  12-3_  12-4_  13-1_  13-2_
_ CA        NS                  0      0      0   4209   7400
_ R         TE               6041   6350   5713   3399      0
_ GA        PO                  0      0      0      0      0
```

Jul. 26. 2013  6:21AM                                    No. 4301   P. 7

COMMAND ENTRY ===>
INMIQO2                    INQUIRY WAGE INFORMATION                    12:36:45 07/25/13
SSN: ████████ 1067 ST/ CA                                                MORE  - +
OPT        EMPLOYER/          _12-1_  _12-2_  _12-3_  _12-4_  _13-1_  _13-2_
_ SC██████R                    601    6726    8648    8789    8320


QO200 TO VIEW EMPLOYER DETAIL, PLACE AN 'S' IN THE OPT FIELD AND PRESS ENTER
F1=HELP  F3=EXIT  F7=BKWD  F8=FWD

8/6/13   Aug. 6. 2013   6:28AM   No. 5220   P. 28 pages

Mike flowers

██████ 's List (2nd)

No wages or unemployed

██████ 3162            ██████ 2412         ██████ 7943
6779                  5628
6041                  5/293
8195                  5068
4276                  4954
8456                  6142
9949                  5068
                      9439

`Aug. 6. 2013  6:28AM                                                No. 5220   P.  29`

```
COMMAND ENTRY ===>                                          12:01:51 08/05/13
  INMIQ02                INQUIRY WAGE INFORMATION                    MORE  - +
  SSN:      2494 ST: CA
OPT         EMPLOYER              12-1   12-2   12-3   12-4   13-1   13-2
- RO           B                   0      0      0      0      0
- A            S                   0      0      0      0      2
- C            C                   0      0      0      0      0
- B            L                   0      0      0      0      0
```

```
COMMAND ENTRY ===>                                          11:58:41 08/05/13
  INMIQ02                INQUIRY WAGE INFORMATION                    MORE  - +
  SSN:        3021 ST: CA
OPT         EMPLOYER              12-1   12-2   12-3   12-4   13-1   13-2
- CA           A                  5047   5112   5100   5119   5160
```

```
COMMAND ENTRY ===>                                          11:59:27 08/05/13
  INMIQ02                INQUIRY WAGE INFORMATION                    MORE  - +
  SSN:        0052 ST: CA
OPT         EMPLOYER              12-1   12-2   12-3   12-4   13-1   13-2
- HO           A                    0    6318   6223   6271   7507
```

```
COMMAND ENTRY ===>                                          11:59:40 08/05/13
  INMIQ02                INQUIRY WAGE INFORMATION                    MORE  - +
  SSN:      6      ST: CA
OPT         EMPLOYER              12-1   12-2   12-3   12-4   13-1   13-2
- S            N                  9760  12171  11088  14014  11142
```

```
COMMAND ENTRY ===>                                          14:58:55 08/05/13
  INMIQ03                INQUIRY EMPLOYER INFORMATION
  SSN:       5496 ST: FL
                                      QTR   WK     WAGES      USED
A                                     12-1  00    5229.36
                                      12-2  00    6351.87
C/O THE BRICK CO - DIV 40             12-3  00    5631.21
PO BO                                 12-4  00    6400.81
SAINT              MO 63166           13-1  00    6964.36
LAST                                  13-2  00    5472.92
```

```
COMMAND ENTRY ===>                                          12:02:32 08/05/13
  INMIQ02                INQUIRY WAGE INFORMATION                    MORE  - +
  SSN: 6     4237 ST: CA
OPT         EMPLOYER              12-1   12-2   12-3   12-4   13-1   13-2
- OTI                             UXX    UXX    UXX    UXX    7141
```

Aug. 6. 2013  6:28AM                                              No. 5220   P. 30

```
COMMAND ENTRY ===>                                      11:59:16 08/05/13
INMIQ02              INQUIRY WAGE INFORMATION                    MORE   - +
SSN:          N394 ST: CA
OPT          EMPLOYER      12-1    12-2    12-3    12-4    13-1    13-2
 _ DU███████RO               0       0      50       0       0
 _ G████████O             1552    1109       0       0       0
 _ S████████MU               0       0    1078     915     958
 _ A████████ME               0    1165     877     867    1291
 _ M████████MA             560     889     877     867     718
 _ S████████MU             914     763       0       0       0
```

```
COMMAND ENTRY ===>                                      12:01:25 08/05/13
INMIQ02              INQUIRY WAGE INFORMATION                    MORE   - +
SSN:          0340 ST: CA
OPT          EMPLOYER      12-1    12-2    12-3    12-4    13-1    13-2
 _ TH███████C                0       0    2801    7755    9473
 _ U,███████UR            7434    8769    8866       0       0
```

```
COMMAND ENTRY ===>                                      12:02:16 08/05/13
INMIQ02              INQUIRY WAGE INFORMATION                    MORE   - +
SSN:          0786 ST: CA
OPT          EMPLOYER      12-1    12-2    12-3    12-4    13-1    13-2
 _ FL███████B            13825   10910       0   11086   19555
 _ FL███████E                0       0   13968       0       0
```

7/25/13   Jul. 25. 2013   6:22AM                         No. 4246   P. 12 pages

Mike Flowers
Ke████'s List
No wages or unemployed



0137        ████ 4469        ████ 7230
2112        6169             7053
604         2508
58          3705
5757        1663
2728        9849
3916        1361
            2885

Jul. 25. 2013  6:22AM                                No. 4246   P. 13

```
COMMAND ENTRY ===>
  INMIQ03          INQUIRY EMPLOYER INFORMATION        11:44:16 07/24/13
  SSN:        8169 ST: WA
                                    QTR     WK.     WAGES        USED
                                    12-1    00      6200.92
WASHINGTON BULB CO INC              12-2    00      5982.95
                                    12-3    00      6670.30
  MOUNT VERNON          WA 98273-8804  12-4 00      5156.04
                                    13-1    00      6853.85
                                    13-2

      LAST NAME: PEREZ, DORA
```

```
COMMAND ENTRY ===>
  INMIQ03          INQUIRY EMPLOYER INFORMATION        12:44:40 07/24/13
  SSN:        8169 ST: UT
                                    QTR     WK      WAGES        USED
                                    12-1
GLASSEY STEEL WORKS, INC.           12-2
                                    12-3
  SANDY              UT 84094-1962   12-4    00      8097.00
                                    13-1    00      4324.00
                                    13-2

      LAST NAME: BARRERA, JOSE
```

```
COMMAND ENTRY ===>
  INMIQ03          INQUIRY EMPLOYER INFORMATION        11:44:35 07/24/13
  SSN:        8169 ST: NV
                                    QTR     WK      WAGES        USED
                                    12-1
RUITER CONST                        12-2
                                    12-3
  LAS VEGAS          NV    0         12-4
                                    13-1    00      1704.50
                                    13-2

      LAST NAME: BARRERA      /J
```

```
COMMAND ENTRY ===>
  INMIQ03          INQUIRY EMPLOYER INFORMATION        12:42:40 07/24/13
  SSN:        8341 ST: ID
                                    QTR     WK      WAGES        USED
                                    12-1
BUCKS BAGS, INC                     12-2           1152.00
                                    12-3           3584.00
  BOISE              ID 83702        12-4           3896.00
                                    13-1           2088.00
                                    13-2

  DBA: BUCKS BAGS
  WAGE EARNER: E MIRANDA
```

```
COMMAND ENTRY ===>
  INMIQ02          INQUIRY WAGE INFORMATION            11:41:23 07/24/13
  SSN:        3094 ST: CA                                        MORE  - +
  OPT    EMPLOYER        12-1    12-2    12-3    12-4    13-1    13-2
  _  BANK OF AM             0       0       0       0   24231
  _  BANK OF AM             0       0       0   23066       0
     CITIBANK            19187   21829   18123   10821     186
```