# Exhibit 8

```
Jul. 25. 2013  6:22AM                                          No. 4246   P. 14

COMMAND ENTRY ===>
   INMIQ02          INQUIRY WAGE INFORMATION           11:44:27 07/24/13
   SSN: ####### 4616 ST: CA                                   MORE   - +
OPT        EMPLOYER        12-1   12-2   12-3   12-4   13-1   13-2
_ SECURITAS                  0      0      0    3671   3717


COMMAND ENTRY ===>
   INMIQ03          INQUIRY EMPLOYER INFORMATION        12:42:40 07/24/13
   SSN: ####### 6341 ST: ID
                                        QTR    WK    WAGES      USED
   UNITED BROADCASTING INC              12-1          87.00
   PO BOX 1600                          12-2
   NAMPA              ID 83653-1600     12-3         601.75
                                        12-4        1618.75
                                        13-1        1945.00
                                        13-2
   DBA: U B INC
   WAGE EARNER: E MIRANDA


COMMAND ENTRY ===>
   INMIQ02          INQUIRY WAGE INFORMATION           11:42:49 07/24/13
   SSN: ####### 4275 ST: CA                                   MORE   - +
OPT        EMPLOYER        12-1   12-2   12-3   12-4   13-1   13-2
_ WOLCO BUSI                 0      0      0      0    3167
_ WOLCO BUSI              8273   8382   8668   8931    3014
_ PROGRESSIV                 0      0      0      0    1538


COMMAND ENTRY ===>
   INMIQ02          INQUIRY WAGE INFORMATION           11:40:42 07/24/13
   SSN: ####### 0397 ST: CA                                   MORE   - +
OPT        EMPLOYER        12-1   12-2   12-3   12-4   13-1   13-2
_ TOLEDO'S B                 0      0      0      0    5512
_ TOLEDOS                 5340   6760   4561   5937       0


COMMAND ENTRY ===>
   INMIQ02          INQUIRY WAGE INFORMATION           11:41:10 07/24/13
   SSN: ####### 9628 ST: CA                                   MORE   - +
OPT        EMPLOYER        12-1   12-2   12-3   12-4   13-1   13-2
_ MACY'S SYS              3176   2562   2976   4037    3355


COMMAND ENTRY ===>
   INMIQ02          INQUIRY WAGE INFORMATION           11:41:50 07/24/13
   SSN: ####### 4047 ST: CA                                   MORE   - +
OPT        EMPLOYER        12-1   12-2   12-3   12-4   13-1   13-2
_ FRANCISCAN              7994  12033   8707  13114    8629
_ LONG MEADO               137      0      0    825       0


COMMAND ENTRY ===>
   INMIQ02          INQUIRY WAGE INFORMATION           11:42:19 07/24/13
   SSN: ####### 6341 ST: CA                                   MORE   - +
OPT        EMPLOYER        12-1   12-2   12-3   12-4   13-1   13-2
_ SOUTHERN C              4668   4495   4147   4685    4896
_ TILLYS                    76      0      0      0       0
```

1/30/18   Jul. 30. 2013  6:25AM                                         No. 4656   P. 11  1 page

K███'s List
No Wages or Unemployed

███2363        ███5041          ███9753
███9860        ███0494          ███7325
███8134        ███2970
███7556        ███1241
███3453        ███8474
███0591        ███4986
███3087        ███2706
███6464        ███7976
               ███3981

```
Jul. 30. 2013  6:26AM                                          No. 4656   P. 12

COMMAND ENTRY ===>                                          08:07:46 07/26/13
  INMIQ03            INQUIRY EMPLOYER INFORMATION
  SSN: ████ 4442 ST: CO
                                           QTR     WK.    WAGES      USED
         ███████                           12-1
         ███████ AGE LTD                   12-2
         ███████                           12-3     0    4089.76
         ███████       CO 80303            12-4     0    4588.99
                                           13-1     0    4829.34
                                           13-2     0    5131.84


COMMAND ENTRY ===>                                          07:06:44 07/26/13
  INMIQ02            INQUIRY WAGE INFORMATION                   MORE  - +
  SSN: ████ 1371 ST: CA
  OPT       EMPLOYER           _12-1_ _12-2_ _12-3_ _12-4_ _13-1_ _13-2_
  _ AR      ███████               0    1236     0      0      0     .
  _ AR      ███████               0      0      0    796      0
  _ AR      ███████              385     0    2913     0    1596


COMMAND ENTRY ===>                                          07:06:31 07/26/13
  INMIQ02            INQUIRY WAGE INFORMATION                   MORE  - +
  SSN: ████ 5992 ST: CA
  OPT       EMPLOYER           _12-1_ _12-2_ _12-3_ _12-4_ _13-1_ _13-2_
  _ AH      ███████ G           9082  10501   9401   10919   9535


COMMAND ENTRY ===>                                          07:05:56 07/26/13
  INMIQ02            INQUIRY WAGE INFORMATION                   MORE  - +
  SSN  ████ 22 ST: CA
  OPT       EMPLOYER           _12-1_ _12-2_ _12-3_ _12-4_ _13-1_ _13-2_
                                  0      0      0    1296   5503


COMMAND ENTRY ===>                                          07:01:42 07/26/13
  INMIQ02            INQUIRY WAGE INFORMATION                   MORE  - +
  SSN  ████ 962 ST: CA
  OPT       EMPLOYER           _12-1_ _12-2_ _12-3_ _12-4_ _13-1_ _13-2_
  _ E       ███████               0      0      0      0      0
  _ F       ███████             3983   3983   4012   4026   6391


COMMAND ENTRY ===>                                          07:00:49 07/26/13
  INMIQ02            INQUIRY WAGE INFORMATION                   MORE  - +
  SSN: ████ 3147 ST: CA
  OPT       EMPLOYER           _12-1_ _12-2_ _12-3_ _12-4_ _13-1_ _13-2_
  _ GR      ███████ B           2762   2751   3220   1398    288
```

Jul. 30. 2013  6:34AM                     No. 4656  P. 4

7/30/13                                            2 pages

Mike Flowers
[redacted] (2nd)
[redacted] es or unemployed

[redacted] 9702            [redacted] 42180
[redacted] 1845            [redacted] 9598
[redacted] 1392            [redacted] 8950
[redacted] 9834            [redacted] 1460
[redacted] 5469            [redacted] 3228
[redacted] 1897            [redacted] 1668
[redacted] 8325            [redacted] 2264
[redacted] 7353
[redacted] 4891

```
Jul. 30. 2013  6:34AM                                          No. 4656   P. 43
COMMAND ENTRY ===>                                             14:55:35 07/26/13
INMIQ03         INQUIRY EMPLOYER INFORMATION
SSN:       8378 ST: WA            QTR    WK.     WAGES        USED
                                  12-1    00     6588.00
COMMERCIAL LANDSCAPE              12-2    00     8240.50
                                  12-3    00     7812.00
             WA                   12-4    00     9370.00
                                  13-1    00     7308.00
                                  13-2

LAST NAME:


                                                          14:58:00 07/26/13
COMMAND ENTRY ===>                                              MORE   - +
INMIQ02         INQUIRY WAGE INFORMATION
SSN:       956 ST: CA      12-1  12-2  12-3  12-4  13-1   13-2
OPT        EMPLOYER          0     0     0     0   3942
_ MAG      F


                                                          14:59:13 07/26/13
COMMAND ENTRY ===>                                              MORE   - +
INMIQ02         INQUIRY WAGE INFORMATION
SSN:      5602 ST: CA      12-1   12-2   12-3   12-4   13-1   13-2
OPT        EMPLOYER       10973  13783  12621  15650  13241
_ BEHR PROCE


                                                          14:59:00 07/26/13
COMMAND ENTRY ===>                                              MORE   - +
INMIQ02         INQUIRY WAGE INFORMATION
SSN:      4281 ST: CA      12-1   12-2   12-3   12-4   13-1   13-2
OPT        EMPLOYER        9829   8387   8189   8480   9727
_ FIRST CALI


                                                          14:56:13 07/26/13
COMMAND ENTRY ===>                                              MORE   - +
INMIQ02         INQUIRY WAGE INFORMATION
SSN:      8600 ST: CA      12-1   12-2   12-3   12-4   13-1   13-2
OPT        EMPLOYER          0    5363  16776  14368   4422
_ AN    ES                   0       0      0      0   2750
_ AN    ES


                                                          14:58:30 07/26/13
COMMAND ENTRY ===>                                              MORE   - +
INMIQ02         INQUIRY WAGE INFORMATION
SSN:      6190 ST: CA      12-1   12-2   12-3   12-4   13-1   13-2
OPT        EMPLOYER          0      0      0   2365   3592
_ U    KO                 5291   6252   5410   6097   5280
_ OU    R
```

```
Jul. 30. 2013  6:34AM                                              No. 4656   P. 44

 COMMAND ENTRY ===>                                         14:59:52 07/26/13
   INMIQ02            INQUIRY WAGE INFORMATION                     MORE   - +
   SSN:       1668 ST: CA
   OPT        EMPLOYER           12-1   12-2   12-3   12-4   13-1   13-2
  _ ROO                          2845     0      0     0      0
  _ ROO                             0   4530   4139   4171   2877
  _ DON                           149     0    2246     0      0
  _ JAC                           117     0    1457     0      0


 COMMAND ENTRY ===>                                         14:58:22 07/26/13
   INMIQ02            INQUIRY WAGE INFORMATION                     MORE   - +
   SSN:       574 ST: CA
   OPT        EMPLOYER           12-1   12-2   12-3   12-4   13-1   13-2
                                 3377   2128   3132   2831   2635
  _ 70                          14967  12641  14870  12617  14958
  _ BE


 COMMAND ENTRY ===>                                         14:58:50 07/26/13
   INMIQ02            INQUIRY WAGE INFORMATION                     MORE   - +
   SSN:       239 ST: CA
   OPT        EMPLOYER           12-1   12-2   12-3   12-4   13-1   13-2
                                    0     0    167     0      0
  _ FOR                          6451   5460   5109   5139   8073
  _ CLI


 COMMAND ENTRY ===>                                         14:59:26 07/26/13
   INMIQ02            INQUIRY WAGE INFORMATION                     MORE   - +
   SSN:       1816 ST: CA
   OPT        EMPLOYER           12-1   12-2   12-3   12-4   13-1   13-2
                                    0     0   1268   1084     0
  _ CA                               0     0      0   2804   8064
  _ RS


 COMMAND ENTRY ===>                                         14:59:34 07/26/13
   INMIQ02            INQUIRY WAGE INFORMATION                     MORE   - +
   SSN:       1463 ST: CA
   OPT        EMPLOYER           12-1   12-2   12-3   12-4   13-1   13-2
                                 2361    552     0     0      0
  _ T                           12103  18432  14007  16733  10406
  _ S
```

8/6/13 Aug. 6. 2013 6:22AM  No. 5220 P. 7 pages



Mike Flowers
███████ List ▓▓▓
No wages or unemployed

3815      5258      0036
7574      7704
2524      1883
6864      7334
1980      2950
0296      5461
3192      4709
4953      0935



```
Aug. 6. 2013  6:22AM                                              No.5220   P. 8
COMMAND ENTRY ===>
  INMIQ02              INQUIRY WAGE INFORMATION          07:01:36 08/05/13
  SSN:█████6001 ST: CA                                        MORE   - +
  OPT        EMPLOYER         _12-1_ _12-2_ _12-3_ _12-4_ _13-1_ _13-2_
  _ M███ IC                      0    7338     0      0      0
  _ M███ IC                    8111     0    8767   7532   9632


COMMAND ENTRY ===>
  INMIQ02              INQUIRY WAGE INFORMATION          06:59:45 08/05/13
  SSN:█████2542 ST: CA                                        MORE   - +
  OPT        EMPLOYER         _12-1_ _12-2_ _12-3_ _12-4_ _13-1_ _13-2_
  _ M███ A                       0      0      0    8865   9816


COMMAND ENTRY ===>
  INMIQ02              INQUIRY WAGE INFORMATION          06:58:36 08/05/13
  SSN:█████2745 ST: CA                                        MORE   - +
  OPT        EMPLOYER         _12-1_ _12-2_ _12-3_ _12-4_ _13-1_ _13-2_
  _ CALIFORNIA                   0      0      0      0    1245


COMMAND ENTRY ===>
  INMIQ02              INQUIRY WAGE INFORMATION          07:00:50 08/05/13
  SSN:█████6706 ST: CA                                        MORE   - +
  OPT        EMPLOYER         _12-1_ _12-2_ _12-3_ _12-4_ _13-1_ _13-2_
  _ KIN███                    6817   6064   7129   6232   7047


COMMAND ENTRY ===>
  INMIQ02              INQUIRY WAGE INFORMATION          07:02:13 08/05/13
  SSN:█████0712 ST: CA                                        MORE   - +
  OPT        EMPLOYER         _12-1_ _12-2_ _12-3_ _12-4_ _13-1_ _13-2_
  _ RX ████ S                 7031  15380  15327  15423  15578


COMMAND ENTRY ===>
  INMIQ02              INQUIRY WAGE INFORMATION          07:01:01 08/05/13
  SSN:█████7291 ST: CA                                        MORE   - +
  OPT        EMPLOYER         _12-1_ _12-2_ _12-3_ _12-4_ _13-1_ _13-2_
  _ TE███ S                      0      0      0   25271  17932
  _ EX███ S                    UXX   5469      0      0      0
```