# Exhibit 11



AccuTerm 2000 Screen Print - PCC (1) 9:57:01 AM 28 Sep 2011

```
2) DEI 12*CBU102*001383*--      3) PACKET     4) SPOUSE              5)                        6)
                                PKT           CK
                                7) DESK       [REDACTED]532312       NO ASSETTE
                                DSK N16 REG 1 [REDACTED]0532312
                                SLM CBU PCL   USA001
[REDACTED]878                   DOB
                                              [REDACTED]4984
------------- 8) ==STATUS==   9) ===NOTICES ==   10) ===DSK/STA===   11) =====PAYMENT HISTORY==   ===== CLIENT DATA ==
CC          RET  05/11/11 3   07/22/10 DEI 113 4  07/01/10 D CG CJA  1  11/18/10 37   -39.00 TTP   CHASE BANK USA
AT          ACT  06/24/11 4   09/16/10 DEI 113 5  11/18/10 S TP ACT                               TODD
PR  4300.76     SKIP 46   5   11/15/10 DEI 113 6  04/09/11 D EI JCS                               310 636-1001
IN  1331.63 ASG  4300.76  6   01/28/11 DEI 113 7  05/11/11 S EI RET                               A.DT  04/26/10  520
NS          PD.           7   03/09/11 DEI ISD 8  06/23/11 D EI CJA                               LACT  02/04/08  812
BAL 5632.39 A-P           8   06/28/11 GAI TWN 9  07/05/11 D EI N16                               I.DT  11/18/10  314
------- P R O P E R T Y  ==============       CN     C O L L E C T O R S   N O T E S
        PROPERTY INFORMATION              LEGAL DESK=STN   44AM DTR WRKS FOR CROSS FIT K 1ST QTR 2011 DTR MADE 6,000.00
                                           2    DTR HAS BEEN THERE SINC E1ST QTR 2011 **JB**
                                           3
                                           4
                                           5
                                           6
                                           7
MODIF (COM,NOT,NOP,PAYOFF,NR,NBY,LEG,AUT,TIM,SER,PAY,MGT,DS,API,DFU,ATY,PRV,DW,DND,FI,END,1-13,?) [____________________]
                                                      TRI                     AUT=0  CNT=0  T=  MD=0 A/R=N
```

47 = CBU
3 = ORB

PAID
$500 —
9-29-2011
TB

PROTECTIVE ORDER

PCC019792

50

AccuTerm 2000 Screen Print - PCC (1) 11:36:07 AM 13 Sep 2011

```
2) DE1 12*0RB800*021352*--   3) PACKET    4) SPOUSE         5)              6)
                             PKT          CK
                             7) DESK                         CREDIT COULD BE WORSE   OK CREDIT!!!!!!
                             DSK LMF REG 1      60208
SANTA ROSA CA                SLM PBW PCL  CR CLASS=I
     5999 good cell          DOB          SONIC.NET, INC.
     1000 V.POE                                1555
============ 8) ==STATUS===  9) ===NOTICES ==  10) ===DSK/STA===  11) ======PAYMENT HISTORY====  ===== CLIENT DATA ===
CC   328.50 LEX 07/22/11 4   05/05/10 DE1 113 15 04/14/11 D E1 012 1  11/10/10 34  221.00 TRD  AT&T/Cingular Wireless
AT   364.25 LEX 03/18/11 5   06/02/10 DE1 1TJ 16 05/27/11 S E1 LJD 2  11/10/10 35  364.25 TRD  TODD
PR  1457.00     SKIP 46  6   06/30/10 DE1 1L3 17 05/27/11 S TR LJD 3  05/27/11 34   52.50 TRD  310 636-1001
IN   488.99 ASG  1457.00 7   07/26/10 DE1 X03 18 06/30/11 S TR LJD 4  06/30/11 34   25.00 TRD  A.DT 12/09/09 643
MS          PD.          8   08/04/10 DE1 L01 19 07/21/11 S TR LJD 5  07/21/11 34   30.00 TRD  LACT 05/06/08 582
BAL 2638.74 A-P          9   09/22/10 DE1 L02 20 07/22/11 S E1 LEX                             I.DT 05/06/08 1225
==========================================       CN   C O L L E C T O R S   N O T E S
                                                 1 01/14/11 02:25PM MCV214811
                                                 2 09/13/11 09:46AM DTR WRKS FOR SONIC.NET 1ST QTER 2011 DTR MADE 13,222.00
                                                 3    DTR HAS BEEN THERE SINCE 1ST QTR 2010 **JB**
                                                 4
                                                 5
                                                 6
                                                 7
Collector Notes: 3 lines  Forward, Backward, Add, (F##,B##,A,<Exit>) [___]
```

All OLD JUDGEMENTS