# Exhibit 12

# State of California
## Secretary of State

### Statement of Information
(Domestic Stock and Agricultural Cooperative Corporations)
FEES (Filing and Disclosure): $25.00.
If this is an amendment, see instructions.
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

S

F144304

**FILED**

In the office of the Secretary of State of the State of California

SEP-19 2014

1. **CORPORATE NAME**
PROFESSIONAL COLLECTION CONSULTANTS

2. **CALIFORNIA CORPORATE NUMBER**  C1204123

This Space for Filing Use Only

**No Change Statement** (Not applicable if agent address of record is a P.O. Box address. See instructions.)

3. If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.

   [✓] If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed to Item 17.

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| | | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 4. | STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | | | |
| 5. | STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | | | |
| 6. | MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4 | | | |

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| 7. | CHIEF EXECUTIVE OFFICER/ | | | | |
| 8. | SECRETARY | | | | |
| 9. | CHIEF FINANCIAL OFFICER/ | | | | |

**Names and Complete Addresses of All Directors, Including Directors Who are Also Officers** (The corporation must have at least one director. Attach additional pages, if necessary.)

| | NAME | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| 10. | | | | | |
| 11. | | | | | |
| 12. | | | | | |

13. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street address, a P.O. Box address is not acceptable. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

14. NAME OF AGENT FOR SERVICE OF PROCESS

15. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL   CITY   STATE   ZIP CODE

**Type of Business**

16. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION

17. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 09/19/2014 | TODD SHIELDS | PRESIDENT | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

SI-200 (REV 01/2013)   APPROVED BY SECRETARY OF STATE



I hereby certify that the foregoing
transcript of _____ ___ page(s)
is a full, true and correct copy of the
original record in the custody of the
California Secretary of State's office.

Date: NOV 19 2014  ANBW

DEBRA BOWEN, Secretary of State




**State of California**
**Secretary of State**

09-281374

**STATEMENT OF INFORMATION**
(Domestic Stock and Agricultural Cooperative Corporations)
FEES (Filing and Disclosure): $25.00. If amendment, see instructions.
IMPORTANT — READ INSTRUCTIONS BEFORE COMPLETING THIS FORM

53

**FILED**
In the office of the Secretary of State
of the State of California

JUN 2 5 2009

This Space For Filing Use Only

1. CORPORATE NAME (Please do not alter if name is preprinted.)
C1204123
PROFESSIONAL COLLECTION CONSULTANTS

LOS ANGELES CA 90045

S

DUE DATE: 06-30-09

**NO CHANGE STATEMENT** (Not applicable if agent address of record is a P.O. Box address. See instructions.)

2. ☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed to Item 16.
If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement has been previously filed, this form must be completed in its entirety.

**COMPLETE ADDRESSES FOR THE FOLLOWING** (Do not abbreviate the name of the city. Items 3 and 4 cannot be P.O. Boxes.)

3. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE — CITY Culver City — STATE CA — ZIP CODE 90230
4. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY — CITY Culver City — STATE CA — ZIP CODE 90230
5. MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 3 — CITY Los Angeles — STATE CA — ZIP CODE 90045

**NAMES AND COMPLETE ADDRESSES OF THE FOLLOWING OFFICERS** (The corporation must have these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

6. CHIEF EXECUTIVE OFFICER/ Todd Shields — ADDRESS — CITY Culver City — STATE CA — ZIP CODE 90230
7. SECRETARY/ Clark Green — ADDRESS — CITY Culver City — STATE CA — ZIP CODE 90230
8. CHIEF FINANCIAL OFFICER/ Carol Hopp — ADDRESS — CITY Culver City — STATE CA — ZIP CODE 90230

**NAMES AND COMPLETE ADDR[ESSES OF DI]RECTORS WHO ARE ALSO OFFICERS** (The corporation must have at least one director. Attach additional pages, if necessary.)

9. NAME Donald Hopp — ADDRESS — CITY Culver City — STATE CA — ZIP CODE 90230
10. NAME Carol Hopp — ADDRESS — CITY Culver City — STATE CA — ZIP CODE 90230
11. NAME Todd Shields — ADDRESS — CITY Culver City — STATE CA — ZIP CODE 90230
12. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**AGENT FOR SERVICE OF PROCESS** (If the agent is an individual, the agent must reside in California and Item 14 must be completed with a California street address (a P.O. Box address is not acceptable). If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 14 must be left blank.)

13. NAME OF AGENT FOR SERVICE OF PROCESS
Todd Shields
14. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL — 6700 S. Centinela Blvd, 3RD Floor — CITY Culver City — STATE CA — ZIP CODE 90230

**TYPE OF BUSINESS**

15. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION   Collection Agency, debt RECOVERY

16. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.
5-17-09 — Todd Shields — V-P. — Todd Shields
DATE — TYPE/PRINT NAME OF PERSON COMPLETING FORM — TITLE — SIGNATURE

SI-200 N/C (REV 01/2008)
004475S

APPROVED BY SECRETARY OF STATE

PCC071114